# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

June 02, 2022

Mr. Terrence Cain
208 Brown
Little Rock, AR  72205-0000

Ms. Sarah Howard Jenkins
SARAH HOWARD JENKINS, PLLC
P.O. Box 242694
Little Rock, AR  72223

Mr. Austin Porter Jr.
PORTER LAW FIRM
Suite 1300
323 Center Street
Little Rock, AR  72201-0000

RE: 22-2169  Janice Warren v. Mike Kemp, et al

Dear Counsel:

The District Court Clerk has transmitted a notice of cross-appeal and docket entries, together with notification that the docket fee is pending. In accordance with the Federal Rules of Appellate Procedure and the Eighth Circuit Rules, this cross-appeal has today been assigned the docket number indicated. However, pursuant to Rule 3(e), Federal Rules of Appellate Procedure, you must pay this court's docket fee of $500 to the Clerk of the District Court, in addition to a $5.00 Filing Fee and any other applicable district court fees.

Counsel in the case must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

On June 1, 2007, the Eighth Circuit implemented the appellate version of CM/ECF. Electronic filing is now mandatory for attorneys and voluntary for pro se litigants proceeding without an attorney. Information about electronic filing can be found at the court's web site www.ca8.uscourts.gov. In order to become an authorized Eighth Circuit filer, you must register with the PACER Service Center at https://www.pacer.gov/psco/cgi-bin/cmecf/ea-regform.pl. Questions about CM/ECF may be addressed to the Clerk's office.

The briefing schedule established today supersedes all other schedules. The briefing schedule will be forwarded under separate Notice of Docket Activity.

Michael E. Gans
Clerk of Court

CAH
Enclosure(s)

Page Two
22-2169

cc:    Mr. George Jay Bequette Jr.
      Ms. Tammy H. Downs
      Ms. Valarie Flora
      Ms. Teresa Hollingsworth
      Mr. William Cody Kees

      District Court/Agency Case Number(s): 4:19-cv-00655-BSM

**Caption For Case Number: 22-2169**

Janice Hargrove Warren

        Plaintiff - Appellant

v.

Mike Kemp, in his official capacity as a Member of the Board of the Pulaski County Special School District and in his individual capacity; Linda Remele, in her official capacity as a Member of the Pulaski County Special School District and in her individual capacity; Shelby Thomas, in his official capacity as a Member of the Pulaski County Special School District and in his individual capacity; Alicia Gillen, in her official capacity as a Member of the Pulaski County Special School District and in her individual capacity; Eli Keller, in his official capacity as a Member of the Pulaski County Special School District and in his individual capacity; Brian Maune, in his official capacity as a Member of the Pulaski County Special School District and in his individual capacity; Pulaski County Special School District

        Defendants - Appellees

**Addresses For Case Participants:   22-2169**

Mr. Terrence Cain
208 Brown
Little Rock, AR  72205-0000

Ms. Sarah Howard Jenkins
SARAH HOWARD JENKINS, PLLC
P.O. Box 242694
Little Rock, AR  72223

Mr. Austin Porter Jr.
PORTER LAW FIRM
Suite 1300
Suite 1300
323 Center Street
Little Rock, AR  72201-0000

Mr. George Jay Bequette Jr.
BEQUETTE & BILLINGSLEY
Suite 3200
425 W. Capitol Avenue
Little Rock, AR  72201-3469

Ms. Tammy H. Downs
U.S. DISTRICT COURT
Eastern District of Arkansas
Room A149
600 W. Capitol Avenue
Little Rock, AR  72201-0000

Ms. Valarie Flora
RICHARD SHEPPARD ARNOLD U.S. COURTHOUSE
Room C-118
500 W. Capitol Avenue
Little Rock, AR  72201

Ms. Teresa Hollingsworth
RICHARD SHEPPARD ARNOLD U.S. COURTHOUSE
500 W. Capitol Avenue
Little Rock, AR  72201

Mr. William Cody Kees
BEQUETTE & BILLINGSLEY
Suite 3200
425 W. Capitol Avenue
Little Rock, AR  72201-3469