# U.S. District Court
## Eastern District of Arkansas (Central Division)
## CIVIL DOCKET FOR CASE #: <u>4:19−cv−00655−BSM</u>
### *Internal Use Only*

Warren v. Kemp et al

Assigned to: Judge Brian S. Miller

Case in other court:  USCA8, 22−02067

Cause: 42:2000e Job Discrimination (Employment)

Date Filed: 09/23/2019

Date Terminated: 03/10/2022

Jury Demand: Both

Nature of Suit: 442 Civil Rights: Jobs

Jurisdiction: Federal Question

### <u>Plaintiff</u>

**Janice Hargrove Warren**

represented by **Sarah Howard Jenkins**
Sarah Howard Jenkins, PLLC
Post Office Box 242694
Little Rock, AR 72223
501−406−0905
Email: sarah@shjenkinslaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Austin Porter , Jr.**
Porter Law Firm
323 Center Street
Suite 1300
Little Rock, AR 72201
501−244−8200
Fax: 501−372−5567
Email: aporte5640@aol.com
*ATTORNEY TO BE NOTICED*

V.

### <u>Defendant</u>

**Charles McNulty**
*in his official capacity as Superintendent*
*of the Pulaski County Special School*
*District*
*TERMINATED: 07/28/2020*

represented by **George Jay Bequette , Jr.**
Bequette, Billingsley & Kees, P.A.
Simmons Bank Building
425 West Capitol Avenue
Suite 3200
Little Rock, AR 72201−3469
501−374−1107
Fax: 501−374−5092
Email: jbequette@bbpalaw.com
*TERMINATED: 07/28/2020*
*ATTORNEY TO BE NOTICED*

**William Cody Kees**
Bequette, Billingsley & Kees, P.A.

Simmons Bank Building
425 West Capitol Avenue
Suite 3200
Little Rock, AR 72201–3469
501–374–1107
Fax: 501–374–5092
Email: ckees@bbpalaw.com
*TERMINATED: 07/28/2020*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Mike Kemp**
*in his official capacity as a Member of the Board of the Pulaski County Special School District and in his individual capacity*

represented by **George Jay Bequette , Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William Cody Kees**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Tina Ward**
*in her official capacity as a Member of the Pulaski County Special School District and in her individual capacity*
*TERMINATED: 07/28/2020*

represented by **George Jay Bequette , Jr.**
(See above for address)
*TERMINATED: 07/28/2020*
*ATTORNEY TO BE NOTICED*

**William Cody Kees**
(See above for address)
*TERMINATED: 07/28/2020*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Linda Remele**
*in her official capacity as a Member of the Pulaski County Special School District and in her individual capacity*

represented by **George Jay Bequette , Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William Cody Kees**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Shelby Thomas**
*in his official capacity as a Member of the Pulaski County Special School District and in his individual capacity*

represented by **George Jay Bequette , Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William Cody Kees**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

represented by

**Alicia Gillen**
*in her official capacity as a Member of
the Pulaski County Special School
District and in her individual capacity*

**George Jay Bequette , Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William Cody Kees**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Eli Keller**
*in his official capacity as a Member of the
Pulaski County Special School District
and in his individual capacity*

represented by **George Jay Bequette , Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William Cody Kees**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Brian Maune**
*in his official capacity as a Member of the
Pulaski County Special School District
and in his individual capacity*

represented by **George Jay Bequette , Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William Cody Kees**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Pulaski County Special School District**

represented by **George Jay Bequette , Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William Cody Kees**
(See above for address)
*ATTORNEY TO BE NOTICED*

Email All Attorneys (Primary Address)
Email All Attorneys (Primary and Secondary Address)

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 09/23/2019 | 1 | | COMPLAINT with Jury Demand against All Defendants, filed by Janice Hargrove Warren. Fee of $400 paid. Receipt Number LIT074024. Summons not issued. (Attachments: # 1 Civil Cover Sheet)(kdr) (Entered: 09/23/2019) |
| 10/23/2019 | | | Summons Issued as to Alicia Gillen, Eli Keller, Mike Kemp, Brian Maune, Charles McNulty, Pulaski County Special School District, Linda Remele, Shelby Thomas, Tina Ward and returned to counsel for service. (bmd) (Entered: 10/23/2019) |
| 11/12/2019 | 2 | | AFFIDAVIT of Service *Sarah Howard Jenkins*, filed by Janice Hargrove Warren. All Defendants. (Jenkins, Sarah) (Entered: 11/12/2019) |

| 11/12/2019 | 3 | NOTICE of Appearance by George Jay Bequette, Jr on behalf of All Defendants (Bequette, George) (Entered: 11/12/2019) |
|---|---|---|
| 11/12/2019 | 4 | NOTICE of Appearance by William Cody Kees on behalf of All Defendants (Kees, William) (Entered: 11/12/2019) |
| 11/12/2019 | 5 | ANSWER to 1 Complaint with Jury Demand by Alicia Gillen, Eli Keller, Mike Kemp, Brian Maune, Charles McNulty, Pulaski County Special School District, Linda Remele, Shelby Thomas, Tina Ward.(Kees, William) (Entered: 11/12/2019) |
| 11/27/2019 | 6 | INITIAL SCHEDULING ORDER: Rule 26(f) Conference to occur by 2/4/2020; Rule 26(f) Report due by 2/18/2020; Jury Trial set for sometime during the week of 11/16/2020 at 09:30 AM in Little Rock Courtroom # 2D before Judge Brian S. Miller. Signed at the direction of the Court on 11/27/2019. (rmg) (Additional attachment(s) added on 11/27/2019: # 1 Main Document – Correct) (jak). (Entered: 11/27/2019) |
| 11/27/2019 | 7 | NOTICE OF DOCKET CORRECTION re 6 Initial Scheduling Order. CORRECTION: The original document was attached in error due to a clerical mistake by the Clerk's office (typographical error in the case heading). The correct document was added to docket entry 6 and is attached hereto for service on the parties. (jak) (Entered: 11/27/2019) |
| 01/16/2020 | 8 | REPORT of Rule 26(f) Planning Meeting by Janice Hargrove Warren. *Joint Report of Rule 26f Planning Meeting* (Jenkins, Sarah) (Entered: 01/16/2020) |
| 02/12/2020 | 9 | Joint MOTION for Protective Order *By All Defendants and Plaintiff* by All Plaintiffs (Attachments: # 1 Agreed Protective Order)(Jenkins, Sarah) (Entered: 02/12/2020) |
| 02/24/2020 | 10 | FINAL SCHEDULING ORDER: Jury Trial set for sometime during the week of 11/16/2020 at 09:30 AM in Little Rock Courtroom # 2D before Judge Brian S. Miller. Discovery due by 6/24/2020; Motions due by 7/20/2020; Pretrial Disclosure Sheet due by 10/19/2020; Status Report due by 7/20/2020. Signed at the direction of the Court on 02/24/2020. (rmg) (Entered: 02/24/2020) |
| 03/27/2020 | 11 | ORDER granting 9 parties' joint motion for protective order. Their stipulated protective order 9 at Ex. 1 is approved and hereby entered. Signed by Judge Brian S. Miller on 3/27/2020. (ljb) (Entered: 03/27/2020) |
| 03/27/2020 | 12 | First MOTION to Compel *Production of Requested Documents* by Janice Hargrove Warren (Attachments: # 1 Document Memorandum in Support, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit, # 8 Exhibit)(Jenkins, Sarah) (Additional attachment(s) added on 10/6/2021: # 9 Exhibit 2 – Correct, # 10 Exhibit 3 – Correct) (jak). (Entered: 03/27/2020) |
| 04/03/2020 | 13 | RESPONSE in Opposition re 12 First MOTION to Compel *Production of Requested Documents* filed by All Defendants. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Kees, William) (Entered: 04/03/2020) |
| 04/03/2020 | 14 | BRIEF IN SUPPORT re 13 Response in Opposition to Motion *to Compel Discovery* filed by All Defendants. (Kees, William) (Entered: 04/03/2020) |
| 04/28/2020 | 15 | ORDER granting 12 Janice Warren's Motion to Compel as to requests 18 and 19 of first set of requests for production of documents and electronically stored |

| | | | |
|---|---|---|---|
| | | | information; and directing Defendants to supplement their responses. Signed by Judge Brian S. Miller on 4/28/2020. (kdr) (Entered: 04/28/2020) |
| 05/25/2020 | 16 | | First MOTION to Amend/Correct 1 Complaint by Janice Hargrove Warren (Attachments: # 1 Document First Amended Complaint, # 2 Exhibit Exhibit Q)(Jenkins, Sarah) (Redacted Exhibit Q added as an attachment on 6/8/2020 pursuant to instruction from the Filing Attorney and Chambers) (jak) (Entered: 05/25/2020) |
| 06/08/2020 | 17 | | NOTICE OF DOCKET CORRECTION re 16 First MOTION to Amend/Correct 1 Complaint. CORRECTION: The original Exhibit Q was submitted in error (unredacted information). The original Exhibit Q was removed and replaced from the docket with the redacted version based on the attached correspondence and pursuant to instruction from Chambers. (jak) (Entered: 06/08/2020) |
| 06/08/2020 | 18 | | Second MOTION to Compel by Janice Hargrove Warren (Attachments: # 1 Document Memorandum in Support, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8, # 10 Exhibit 9, # 11 Exhibit 10)(Jenkins, Sarah) (Additional attachment(s) added on 10/6/2021: # 12 Exhibit 1 – Correct, # 13 Exhibit 2 – Correct) (jak). (Entered: 06/08/2020) |
| 06/22/2020 | 19 | | RESPONSE to Motion re 18 Second MOTION to Compel filed by Alicia Gillen, Eli Keller, Mike Kemp, Brian Maune, Charles McNulty, Pulaski County Special School District, Linda Remele, Shelby Thomas, Tina Ward. (Kees, William) (Entered: 06/22/2020) |
| 06/29/2020 | 20 | | REPLY to Response to Motion re 18 Second MOTION to Compel filed by Janice Hargrove Warren. (Attachments: # 1 Exhibit Defendants Responses)(Jenkins, Sarah) (Entered: 06/29/2020) |
| 07/10/2020 | 21 | | Joint MOTION to Extend Time *for Filing Motions* by Janice Hargrove Warren (Jenkins, Sarah) (Entered: 07/10/2020) |
| 07/10/2020 | 22 | | (This is a TEXT ENTRY ONLY. There is no pdf document associated with this entry.) ORDER granting 21 Motion to Extend Time. Motions deadline extended to 8/12/2020. Signed by Judge Brian S. Miller on 07/10/2020. (rmg) (Entered: 07/10/2020) |
| 07/20/2020 | 23 | | STATUS REPORT *Plaintiff* by Janice Hargrove Warren. (Jenkins, Sarah) (Entered: 07/20/2020) |
| 07/20/2020 | 24 | | STATUS REPORT by Alicia Gillen, Eli Keller, Mike Kemp, Brian Maune, Charles McNulty, Pulaski County Special School District, Linda Remele, Shelby Thomas, Tina Ward. (Kees, William) (Entered: 07/20/2020) |
| 07/23/2020 | 25 | | MOTION to Dismiss Party *Defendants Ward and Superintendent McNulty* by Janice Hargrove Warren (Attachments: # 1 Document Memorandum in Support)(Jenkins, Sarah) (Entered: 07/23/2020) |
| 07/28/2020 | 26 | | ORDER granting 25 Janice Warren's motion to dismiss Tina Ward and Charles McNulty. Signed by Judge Brian S. Miller on 7/28/2020. (kdr) (Entered: 07/28/2020) |
| 08/12/2020 | 27 | | |

| | | | |
|---|---|---|---|
| | | | MOTION for Summary Judgment by All Defendants (Attachments: # 1 Exhibit A – Warren Depo, # 2 Exhibit B – Board Minutes, # 3 Exhibit C – Gillen Depo, # 4 Exhibit D – Search Report, # 5 Exhibit E – Board Minutes, # 6 Exhibit F – Candidate Matrix, # 7 Exhibit G – McNulty Depo, # 8 Exhibit H – Remele Depo, # 9 Exhibit I – Issues List, # 10 Exhibit J – Email Chain, # 11 Exhibit K – Board Policy, # 12 Exhibit L – Board Minutes, # 13 Exhibit M – Applicant Screenshot)(Kees, William) (Entered: 08/12/2020) |
| 08/12/2020 | 28 | | BRIEF IN SUPPORT re 27 Motion for Summary Judgment,, filed by All Defendants. (Kees, William) (Entered: 08/12/2020) |
| 08/12/2020 | 29 | | STATEMENT OF FACTS (Local Rule 56.1) re 28 Brief in Support, 27 Motion for Summary Judgment,, filed by All Defendants. (Kees, William) (Entered: 08/12/2020) |
| 08/13/2020 | 30 | | ORDER granting 16 Janice Warren's motion to amend her complaint. Signed by Judge Brian S. Miller on 8/13/2020. (kdr) (Entered: 08/13/2020) |
| 08/20/2020 | 31 | | AMENDED COMPLAINT *First Amended Complaint* with Jury Demand against All Defendants, filed by Janice Hargrove Warren (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit, # 8 Exhibit, # 9 Exhibit, # 10 Exhibit, # 11 Exhibit, # 12 Exhibit, # 13 Exhibit, # 14 Exhibit, # 15 Exhibit, # 16 Exhibit, # 17 Exhibit)(Jenkins, Sarah) (Entered: 08/20/2020) |
| 08/21/2020 | 32 | | Second MOTION to Amend/Correct 31 Amended Complaint, by Janice Hargrove Warren (Attachments: # 1 Document, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit, # 8 Exhibit, # 9 Exhibit, # 10 Exhibit, # 11 Exhibit, # 12 Exhibit, # 13 Exhibit, # 14 Exhibit, # 15 Exhibit, # 16 Exhibit, # 17 Exhibit, # 18 Exhibit, # 19 Exhibit, # 20 Exhibit)(Jenkins, Sarah) (Additional attachment(s) added on 10/6/2021: # 21 Exhibit 10 – Correct, # 22 Exhibit 18 – Correct) (jak). (Entered: 08/21/2020) |
| 08/24/2020 | 33 | | ANSWER to 31 Amended Complaint, with Jury Demand by Alicia Gillen, Eli Keller, Mike Kemp, Brian Maune, Charles McNulty, Pulaski County Special School District, Linda Remele, Shelby Thomas, Tina Ward.(Kees, William) (Entered: 08/24/2020) |
| 08/25/2020 | 34 | | First MOTION for Extension of Time to File Response/Reply as to 28 Brief in Support, 27 MOTION for Summary Judgment , 29 Statement of Facts (Local Rule 56.1) by Janice Hargrove Warren (Jenkins, Sarah) (Additional attachment(s) added on 10/6/2021: # 1 Main Document – Correct) (jak). (Entered: 08/25/2020) |
| 08/25/2020 | 35 | | (This is a TEXT ENTRY ONLY. There is no pdf document associated with this entry.) ORDER granting 34 Motion for Extension of Time. Response due by 09/09/2020. Signed by Judge Brian S. Miller on 08/25/2020. (rmg) (Entered: 08/25/2020) |
| 09/09/2020 | 36 | | RESPONSE re 27 Motion for Summary Judgment,, filed by Janice Hargrove Warren. (Attachments: # 1 Document, # 2 Document)(Jenkins, Sarah) Docket text modified on 9/11/2020 to correct description. (kbc) (Entered: 09/10/2020) |
| 09/10/2020 | 37 | | DOCUMENT FILED IN ERROR – DISREGARD. (Jenkins, Sarah) (Docket text modified on 9/11/2020 at the request of the filing party.)(thd). (Entered: |

| | | | |
|---|---|---|---|
| | | | 09/10/2020) |
| 09/10/2020 | 38 | | DOCUMENT FILED IN ERROR – DISREGARD. (Jenkins, Sarah) (Docket text modified on 9/11/2020 at the request of the filing party.) (thd). (Entered: 09/10/2020) |
| 09/10/2020 | 39 | | DOCUMENT FILED IN ERROR – DISREGARD. (Jenkins, Sarah) (Docket text modified on 9/11/2020 at the request of the filing party.) (thd). (Entered: 09/10/2020) |
| 09/11/2020 | | | NOTICE OF DOCKET CORRECTION re 36 Brief in Support. CORRECTION: The docket text was modified to correct the description to "Response", as indicated on the document. (kbc) (Entered: 09/11/2020) |
| 09/11/2020 | 40 | | ADDENDUM filed by Janice Hargrove Warren to 36 Response. *Exhibits* (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit, # 8 Exhibit, # 9 Exhibit, # 10 Exhibit, # 11 Exhibit, # 12 Exhibit, # 13 Exhibit, # 14 Exhibit, # 15 Exhibit, # 16 Exhibit, # 17 Exhibit, # 18 Exhibit, # 19 Exhibit, # 20 Exhibit, # 21 Exhibit, # 22 Exhibit, # 23 Exhibit, # 24 Exhibit, # 25 Exhibit, # 26 Exhibit, # 27 Exhibit, # 28 Exhibit, # 29 Exhibit, # 30 Exhibit, # 31 Exhibit, # 32 Exhibit, # 33 Exhibit, # 34 Exhibit, # 35 Exhibit, # 36 Exhibit, # 37 Exhibit, # 38 Exhibit, # 39 Exhibit, # 40 Exhibit, # 41 Exhibit, # 42 Exhibit, # 43 Exhibit, # 44 Exhibit, # 45 Exhibit, # 46 Exhibit, # 47 Exhibit, # 48 Exhibit, # 49 Exhibit, # 50 Exhibit, # 51 Exhibit, # 52 Exhibit, # 53 Exhibit, # 54 Exhibit, # 55 Exhibit, # 56 Exhibit, # 57 Exhibit, # 58 Exhibit, # 59 Exhibit, # 60 Exhibit, # 61 Exhibit, # 62 Exhibit, # 63 Exhibit, # 64 Exhibit, # 65 Exhibit, # 66 Exhibit Earnest Duckery Deposition, # 67 Exhibit, # 68 Exhibit, # 69 Exhibit – Original Removed from the Docket and replaced with redacted version, # 70 Exhibit, # 71 Exhibit, # 72 Exhibit, # 73 Exhibit, # 74 Exhibit, # 75 Exhibit)(Jenkins, Sarah) (Docket text modified on 9/14/2020 to correct the linkage)(jak) (Additional attachment(s) added on 10/22/2020: # 76 Main Document – Correct (Redacted Exhibit 69 added to the docket on 10/22/2020 pursuant to instruction from the filing attorney and instruction from Chambers) (Additional attachment(s) added on 10/6/2021: # 77 Exhibit 8 – Correct, # 78 Exhibit 26 – Correct) (jak). (Entered: 09/11/2020) |
| 09/11/2020 | 41 | | NOTICE OF DOCKET CORRECTION re 37 , 38 , and 39 Response in Opposition to Motion. CORRECTION: The docket text for each entry was modified to indicate the documents were filed in error, based on the attached correspondence. (thd) (Entered: 09/11/2020) |
| 09/11/2020 | 42 | | RESPONSE re 29 Statement of Facts (Local Rule 56.1) filed by Janice Hargrove Warren. (Jenkins, Sarah) (Entered: 09/11/2020) |
| 09/11/2020 | 43 | | MEMORANDUM of points and authorities re 28 Brief in Support filed by Janice Hargrove Warren. (Jenkins, Sarah) (Entered: 09/11/2020) |
| 09/14/2020 | | | NOTICE OF DOCKET CORRECTION re 40 Addendum. CORRECTION: The docket text was modified to correct the linkage to 36 Response. (jak) (Entered: 09/14/2020) |
| 09/16/2020 | 44 | | Unopposed MOTION for Extension of Time to File Response/Reply as to 43 Memorandum of Points and Authorities, 42 Response to Statement of Facts, 36 Brief in Support, 40 Addendum,,,,, by All Defendants (Kees, William) |

| | | | |
|---|---|---|---|
| | | | (Additional attachment(s) added on 9/21/2021: # 1 Main Document – Correct) (jak). (Entered: 09/16/2020) |
| 09/16/2020 | 45 | | (This is a TEXT ENTRY ONLY. There is no pdf document associated with this entry.) ORDER granting 44 Motion for Extension of Time. Reply due 09/25/2020. Signed by Judge Brian S. Miller on 09/16/2020. (rmg) (Entered: 09/16/2020) |
| 09/25/2020 | 46 | | MOTION to Strike 43 Memorandum of Points and Authorities, 42 Response to Statement of Facts, 36 Brief in Support, 40 Addendum,,,,, by All Defendants (Attachments: # 1 Exhibit 1 – Comparison Report)(Kees, William) (Entered: 09/25/2020) |
| 09/25/2020 | 47 | | BRIEF IN SUPPORT re 46 Motion to Strike filed by All Defendants. (Kees, William) (Entered: 09/25/2020) |
| 09/25/2020 | 48 | | REPLY to Response to Motion re 27 MOTION for Summary Judgment filed by All Defendants. (Kees, William) (Entered: 09/25/2020) |
| 09/25/2020 | 49 | | MOTION for Leave to File *Supplemental Brief in Support of MSJ* by All Defendants (Attachments: # 1 Document Supplemental Brief)(Kees, William) (Entered: 09/25/2020) |
| 09/29/2020 | 50 | | RESPONSE in Opposition re 46 MOTION to Strike 43 Memorandum of Points and Authorities, 42 Response to Statement of Facts, 36 Brief in Support, 40 Addendum,,,,, filed by Janice Hargrove Warren. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit)(Jenkins, Sarah) (Entered: 09/29/2020) |
| 09/29/2020 | 51 | | BRIEF IN SUPPORT re 50 Response in Opposition to Motion, *to Strike Plaintiff's Response to Motion for Summary Judgment* filed by Janice Hargrove Warren. (Jenkins, Sarah) (Entered: 09/29/2020) |
| 10/01/2020 | 52 | | RESPONSE in Opposition re 49 MOTION for Leave to File *Supplemental Brief in Support of MSJ and Memorandum in support of Response* filed by Janice Hargrove Warren. (Jenkins, Sarah) (Entered: 10/01/2020) |
| 10/02/2020 | 53 | | REPLY to Response to Motion re 27 MOTION for Summary Judgment *Surreply to Dkt. No. 48* filed by Janice Hargrove Warren. (Jenkins, Sarah) Additional attachment added on 10/5/2020: # 1 Main Document – Correct. (kbc) (STRICKEN pursuant to 69 Order.) Modified on 10/22/2020 (ljb). (Entered: 10/02/2020) |
| 10/05/2020 | 54 | | ADDENDUM filed by Janice Hargrove Warren to 40 Addendum,,,,,. *Exhibit 68, page 5 & verification* (Attachments: # 1 Exhibit)(Jenkins, Sarah) (Entered: 10/05/2020) |
| 10/05/2020 | 55 | | NOTICE OF DOCKET CORRECTION re 53 Reply. CORRECTION: The original document was submitted in error – wrong image file. The correct document was added to 53 based on the attached correspondence. (kbc) (STRICKEN pursuant to 69 Order.) Modified on 10/22/2020 (ljb). (Entered: 10/05/2020) |
| 10/05/2020 | 56 | | MOTION to Strike 53 Reply to Response to Motion *Plaintiff's Surreply* by All Defendants (Kees, William) (Entered: 10/05/2020) |
| 10/12/2020 | 57 | | |

| | | RESPONSE in Opposition re 56 MOTION to Strike 53 Reply to Response to Motion *Plaintiff's Surreply Response & Memorandum* filed by Janice Hargrove Warren. (Attachments: # 1 Exhibit Confirmation of Filed Response)(Jenkins, Sarah) (Entered: 10/12/2020) |
|---|---|---|
| 10/14/2020 | 58 | First MOTION in Limine *Facilities* by Janice Hargrove Warren (Jenkins, Sarah) (Entered: 10/14/2020) |
| 10/14/2020 | 59 | BRIEF IN SUPPORT re 58 Motion in Limine *Facilities* filed by Janice Hargrove Warren. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit)(Jenkins, Sarah) (Entered: 10/14/2020) |
| 10/16/2020 | 60 | ORDER granting 32 Janice Warren's second motion to amend her complaint. Signed by Judge Brian S. Miller on 10/16/2020. (kdr) (Entered: 10/16/2020) |
| 10/16/2020 | 61 | First MOTION in Limine *Regarding General Matters* by All Defendants (Kees, William) (Entered: 10/16/2020) |
| 10/16/2020 | 62 | BRIEF IN SUPPORT re 61 Motion in Limine filed by All Defendants. (Kees, William) (Entered: 10/16/2020) |
| 10/16/2020 | 63 | Second MOTION in Limine *Admissibility of Evidence* by Janice Hargrove Warren (Jenkins, Sarah) (Entered: 10/16/2020) |
| 10/16/2020 | 64 | BRIEF IN SUPPORT re 63 Motion in Limine *Admissibility of Evidence* filed by Janice Hargrove Warren. (Attachments: # 1 Exhibit)(Jenkins, Sarah) (Entered: 10/16/2020) |
| 10/18/2020 | 65 | AMENDED COMPLAINT *Second Amended Complaint* with Jury Demand against All Defendants, filed by Janice Hargrove Warren (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit, # 8 Exhibit, # 9 Exhibit, # 10 Exhibit, # 11 Exhibit, # 12 Exhibit, # 13 Exhibit, # 14 Exhibit, # 15 Exhibit, # 16 Exhibit, # 17 Exhibit, # 18 Exhibit, # 19 Exhibit)(Jenkins, Sarah) (Entered: 10/18/2020) |
| 10/19/2020 | 66 | PRETRIAL DISCLOSURE SHEET by Alicia Gillen, Eli Keller, Mike Kemp, Brian Maune, Pulaski County Special School District, Linda Remele, Shelby Thomas. (Kees, William) (Entered: 10/19/2020) |
| 10/19/2020 | 67 | PRETRIAL DISCLOSURE SHEET *Plaintiff's Pretrial Disclosure Sheet* by Janice Hargrove Warren. (Jenkins, Sarah) (Entered: 10/19/2020) |
| 10/21/2020 | 68 | ORDER granting in part and denying in part 18 Janice Warren's second motion to compel; directing Defendants to supplement their responses as required by this order by 11/3/2020; denying Warren's motion for sanctions of defense; and denying Warren's motion for a discovery hearing. Signed by Judge Brian S. Miller on 10/21/2020. (kdr) (Entered: 10/21/2020) |
| 10/21/2020 | 69 | ORDER denying 46 motion to strike Janice Warren's response to their summary judgment motion; granting 49 motion for leave to file a supplemental brief; and granting 56 motion to strike Janice Warren's surreply. Signed by Judge Brian S. Miller on 10/21/2020. (jbh) (Entered: 10/21/2020) |
| 10/21/2020 | 70 | BRIEF IN SUPPORT re 27 Motion for Summary Judgment,, *Supplemental Brief regarding Breach of Contract Claim* filed by All Defendants. (Kees, William) (Entered: 10/21/2020) |

| 10/21/2020 | 71 | | RESPONSE in Opposition re 61 First MOTION in Limine *Regarding General Matters* filed by Janice Hargrove Warren. (Jenkins, Sarah) (Entered: 10/21/2020) |
|---|---|---|---|
| 10/21/2020 | 72 | | BRIEF IN SUPPORT re 71 Response in Opposition to Motion *in Limine* filed by Janice Hargrove Warren. (Jenkins, Sarah) (Entered: 10/21/2020) |
| 10/22/2020 | 73 | | RESPONSE to Motion re 58 First MOTION in Limine *Facilities* filed by All Defendants. (Attachments: # 1 Exhibit 1)(Kees, William) (Entered: 10/22/2020) |
| 10/22/2020 | 74 | | BRIEF IN SUPPORT re 73 Response to Motion filed by All Defendants. (Kees, William) (Entered: 10/22/2020) |
| 10/22/2020 | 75 | | First MOTION to Strike 73 Response to Motion *Plaintiff's First Motion in Limine_Facilities* by Janice Hargrove Warren (Jenkins, Sarah) (Entered: 10/22/2020) |
| 10/22/2020 | 76 | | RESPONSE to Motion re 63 Second MOTION in Limine *Admissibility of Evidence* filed by All Defendants. (Kees, William) (Entered: 10/22/2020) |
| 10/22/2020 | 77 | | BRIEF IN SUPPORT re 76 Response to Motion *In Limine Admissibility of Evidence* filed by All Defendants. (Kees, William) (Entered: 10/22/2020) |
| 10/27/2020 | 78 | | PRETRIAL DISCLOSURE SHEET *Supplemented* by Janice Hargrove Warren. (Jenkins, Sarah) (Entered: 10/27/2020) |
| 10/27/2020 | 79 | | ANSWER to 65 Amended Complaint, with Jury Demand by Alicia Gillen, Eli Keller, Mike Kemp, Brian Maune, Pulaski County Special School District, Linda Remele, Shelby Thomas.(Kees, William) (Entered: 10/27/2020) |
| 10/29/2020 | 80 | | ORDER: Trial is reset for the week of 11/30/2020. All remaining deadlines, see Doc. No. 10 , remain in effect. Signed by Judge Brian S. Miller on 10/29/2020. (ajt) (Entered: 10/29/2020) |
| 10/29/2020 | 81 | | NOTICE of Appearance by Austin Porter, Jr on behalf of Janice Hargrove Warren (Porter, Austin) (Entered: 10/29/2020) |
| 10/29/2020 | 82 | | DOCKET ENTRY FILED IN ERROR – DISREGARD(Porter, Austin) (Docket text modified on 11/2/2020 to indicate the document was filed in error) (jak) (Entered: 10/29/2020) |
| 10/29/2020 | 83 | | RESPONSE re 70 Supplemental Brief in Support filed by Janice Hargrove Warren. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit)(Jenkins, Sarah)(Docket text modified on 10/30/2020 to correct the description of the document filed) (jak) (Entered: 10/29/2020) |
| 10/30/2020 | | | NOTICE OF DOCKET CORRECTION re 83 Brief in Support. CORRECTION: The docket text was modified to correct the description of the document filed as "RESPONSE re 70 Supplemental Brief in Support filed by Janice Hargrove Warren" as marked on the document. (jak) (Entered: 10/30/2020) |
| 11/02/2020 | | | NOTICE OF DOCKET CORRECTION re 82 Notice of Appearance. CORRECTION: The docket text was modified to indicate the document was filed in error (duplicate entry). The correct document was previously filed as docket entry 81 Notice of Appearance. (jak) (Entered: 11/02/2020) |

| 11/02/2020 | 84 | | OBJECTIONS by Janice Hargrove Warren re 66 Pretrial Disclosure Sheet. (Attachments: # 1 Exhibit Recommended Form of Document, # 2 Exhibit Analysis of Defendants' exhibit)(Jenkins, Sarah) (Entered: 11/02/2020) |
|---|---|---|---|
| 11/05/2020 | 85 | | REPLY re 70 Brief in Support, 83 Brief in Support *Reply to Plaintiff's Response to Supplemental Brief* by Alicia Gillen, Eli Keller, Mike Kemp, Brian Maune, Pulaski County Special School District, Linda Remele, Shelby Thomas. (Kees, William) (Entered: 11/05/2020) |
| 11/13/2020 | 86 | | Proffered Jury Instructions by Janice Hargrove Warren(Jenkins, Sarah) (Entered: 11/13/2020) |
| 11/13/2020 | 87 | | Proffered Jury Instructions by Janice Hargrove Warren(Jenkins, Sarah) (Entered: 11/13/2020) |
| 11/18/2020 | 88 | | ORDER: Pursuant to Administrative Order 8, the trial date is continued. A new scheduling order shall issue. Signed by Judge Brian S. Miller on 11/18/2020. (kdr) (Entered: 11/18/2020) |
| 03/25/2021 | 89 | | AMENDED FINAL SCHEDULING ORDER: Jury Trial set for sometime during the week of 9/20/2021 at 09:30 AM in Little Rock Courtroom # 2D before Judge Brian S. Miller. Signed at the direction of the Court on 3/25/2021. (rmg) (Entered: 03/25/2021) |
| 03/29/2021 | 90 | | ORDER denying 27 defendants' motion for summary judgment. Signed by Judge Brian S. Miller on 3/29/2021. (kdr) (Entered: 03/29/2021) |
| 04/20/2021 | 91 | | ORDER denying 58 Janice Warren's motion in limine as to facilities; denying 75 motion to strike; granting in part and denying in part 61 Defendants' motion in limine; and denying 63 Warren's motion in limine as to Gillen's and Remele's lists and related testimony. Signed by Judge Brian S. Miller on 4/20/2021. (kdr) (Entered: 04/20/2021) |
| 08/09/2021 | 92 | | MOTION for Protective Order by All Defendants (Attachments: # 1 Exhibit 1 – FOIA Requests, # 2 Exhibit 2 – FOIA Complaint)(Kees, William) (Entered: 08/09/2021) |
| 08/09/2021 | 93 | | BRIEF IN SUPPORT re 92 Motion for Protective Order filed by All Defendants. (Kees, William) (Entered: 08/09/2021) |
| 08/12/2021 | 94 | | RESPONSE in Opposition re 92 MOTION for Protective Order filed by Janice Hargrove Warren. (Attachments: # 1 Exhibit email)(Jenkins, Sarah) (Entered: 08/12/2021) |
| 08/12/2021 | 95 | | BRIEF IN SUPPORT re 94 Response in Opposition to Motion *for Protective Order* filed by Janice Hargrove Warren. (Attachments: # 1 Exhibit Protective Order)(Jenkins, Sarah) (Entered: 08/12/2021) |
| 08/13/2021 | 96 | | ORDER denying 92 Defendants' motion for protective order. Signed by Judge Brian S. Miller on 8/13/2021. (kdr) (Entered: 08/13/2021) |
| 08/25/2021 | 97 | | First MOTION for Order *Remote Appearance of Witness* by All Plaintiffs (Attachments: # 1 Exhibit Minutes of Board Meeting)(Jenkins, Sarah) (Entered: 08/25/2021) |
| 08/25/2021 | 98 | | BRIEF IN SUPPORT re 97 Motion for Order *Remote Appearance of Witness* filed by All Plaintiffs. (Jenkins, Sarah) (Entered: 08/25/2021) |

| | | | |
|---|---|---|---|
| 08/26/2021 | 99 | | (This is a TEXT ENTRY ONLY. There is no pdf document associated with this entry.) ORDER granting 97 motion for order. Signed by Judge Brian S. Miller on 8/26/21. (rdr) (Entered: 08/26/2021) |
| 09/01/2021 | 100 | | Second MOTION for Order *Video Trial Deposition* by All Plaintiffs (Attachments: # 1 Exhibit email exchange)(Jenkins, Sarah) (Entered: 09/01/2021) |
| 09/01/2021 | 101 | | BRIEF IN SUPPORT re 100 Motion for Order *Video Trial Deposition* filed by All Plaintiffs. (Jenkins, Sarah) (Entered: 09/01/2021) |
| 09/03/2021 | 102 | | (This is a TEXT ENTRY ONLY. There is no pdf document associated with this entry.) ORDER granting 100 motion for order. Signed by Judge Brian S. Miller on 9/3/21. (rdr) (Entered: 09/03/2021) |
| 09/08/2021 | 103 | | MOTION to Quash filed by Johnny Key. (mdo) (Entered: 09/09/2021) |
| 09/08/2021 | 104 | | BRIEF IN SUPPORT re 103 Motion to Quash filed by Johnny Key. (mdo) (Entered: 09/09/2021) |
| 09/10/2021 | 105 | | RESPONSE in Opposition re 103 MOTION to Quash *by Secretary Johnny Key* filed by All Plaintiffs. (Jenkins, Sarah) (Entered: 09/10/2021) |
| 09/10/2021 | 106 | | BRIEF IN SUPPORT re 105 Response in Opposition to Motion *Motion to Quash* filed by All Plaintiffs. (Attachments: # 1 Exhibit Comm Key Doc)(Jenkins, Sarah) (Entered: 09/10/2021) |
| 09/13/2021 | 107 | | REPLY to Response to Motion re 103 MOTION to Quash filed by Johnny Key. (Freno, Lori) (Entered: 09/13/2021) |
| 09/15/2021 | 108 | | ORDER denying 103 Arkansas Secretary of Education Johnny Key's motion to quash Janice Warren's subpoena to testify at trial because it appears that he is in the best position to testify about the issues raised by Warren. Signed by Judge Brian S. Miller on 9/15/2021. (ljb) (Entered: 09/15/2021) |
| 09/16/2021 | 109 | | First MOTION for Order *Modify Subpoenas Commanding Attendance for Trial* by All Plaintiffs (Jenkins, Sarah) (Entered: 09/16/2021) |
| 09/16/2021 | 110 | | BRIEF IN SUPPORT re 109 Motion for Order *Modify Subpoenas Commanding Attendance for Trial* filed by All Plaintiffs. (Jenkins, Sarah) (Entered: 09/16/2021) |
| 09/17/2021 | 111 | | ORDER removing this case from the trial docket for the week of 9/20/2021 because another case is being tried that week. All unexpired deadlines are suspended, a new trial date will be set, and an Amended Final Scheduling Order will be issued separately. Signed by Judge Brian S. Miller on 9/17/2021. (ljb) (Entered: 09/17/2021) |
| 09/21/2021 | | | NOTICE OF DOCKET CORRECTION re 44 Unopposed MOTION for Extension of Time to File Response/Reply. CORRECTION: A technical CM/ECF review identified the document as a corrupt image file. The document was substituted with a flattened pdf file by the Clerk's office to correct the issue.(jak) (Entered: 09/21/2021) |
| 09/22/2021 | 112 | | SECOND AMENDED FINAL SCHEDULING ORDER: Jury Trial set for sometime during the week of 1/3/2022 at 9:30 a.m. in Little Rock Courtroom #2D before Judge Brian S. Miller. Pretrial Disclosure Sheet due by 12/3/2021. |

| | | | |
|---|---|---|---|
| | | | Signed at the Direction of the Court on 9/22/2021. (ljb) (Entered: 09/22/2021) |
| 09/24/2021 | 113 | | ORDER granting 109 Janice Warren's motion to modify subpoenas. The sixteen subpoenas Warren served on witnesses commanding them to appear for trial on the week of 9/20/2021 are modified to command each witness to appear for trial on the week of 1/3/2022. Signed by Judge Brian S. Miller on 9/24/2021. (ljb) (Entered: 09/24/2021) |
| 10/06/2021 | | | NOTICE OF DOCKET CORRECTION re 12 First MOTION to Compel Attachments 2 and 3, 18 Second MOTION to Compel Exhibits 1 and 2, 32 Second MOTION to Amend/Correct Attachments 10 and 18, 34 First MOTION for Extension of Time and 40 Addendum Attachments 8 and 25. CORRECTION: A technical CM/ECF review identified the document as a corrupt image file. The document was substituted with a flattened pdf file by the Clerk's office to correct the issue. (jak) (Entered: 10/06/2021) |
| 12/02/2021 | 114 | | THIRD AMENDED FINAL SCHEDULING ORDER: Jury Trial set for sometime during the week of 2/14/2022 at 9:30 a.m. in Little Rock Courtroom #2D before Judge Brian S. Miller. Pretrial Disclosure Sheet due by 1/14/2022. Signed at the Direction of the Court on 12/2/2021. (ljb) (Entered: 12/02/2021) |
| 12/03/2021 | 115 | | Second MOTION for Order *Modifying Subpoenas Commanding Attendance for Trial* by All Plaintiffs (Attachments: # 1 Exhibit Draft Notice)(Jenkins, Sarah) (Entered: 12/03/2021) |
| 12/03/2021 | 116 | | BRIEF IN SUPPORT re 115 Motion for Order *Modifying Subpoenas Commanding Attendance for Trial* filed by All Plaintiffs. (Jenkins, Sarah) (Entered: 12/03/2021) |
| 12/08/2021 | 117 | | ORDER granting 115 Janice Warren's motion to modify subpoenas. The 16 subpoenas Warren served on witnesses are modified to command each witness to appear for trial on the week of 2/14/2022. Signed by Judge Brian S. Miller on 12/8/2021. (ljb) (Entered: 12/08/2021) |
| 12/10/2021 | 118 | | First MOTION to Clarify *December 8, 2021, Order Modifying Subpoenas* by All Plaintiffs (Jenkins, Sarah) (Entered: 12/10/2021) |
| 12/10/2021 | 119 | | BRIEF IN SUPPORT re 118 Motion to Clarify *December 8, 2021, Order Modifying Subpoenas* filed by All Plaintiffs. (Jenkins, Sarah) (Entered: 12/10/2021) |
| 12/14/2021 | 120 | | ORDER granting 118 Janice Warren's motion for clarification. The additional subpoena Warren served on Linda Remele is modified to command her to appear for trial during the week of 2/14/2022. Signed by Judge Brian S. Miller on 12/14/2021. (ljb) (Entered: 12/14/2021) |
| 01/08/2022 | 121 | | First MOTION to Compel *Public Records subject to FOIA* by All Plaintiffs (Attachments: # 1 Exhibit email, # 2 Exhibit email, # 3 Exhibit email, # 4 Exhibit email, # 5 Exhibit email, # 6 Exhibit email, # 7 Exhibit email, # 8 Exhibit email, # 9 Exhibit email, # 10 Exhibit email, # 11 Exhibit email, # 12 Exhibit email, # 13 Exhibit document)(Jenkins, Sarah) (Entered: 01/08/2022) |
| 01/08/2022 | 122 | | BRIEF IN SUPPORT re 121 First MOTION to Compel *Public Records subject to FOIA* filed by All Plaintiffs. (Jenkins, Sarah) (Docket text modified on 1/10/2022 to correct the description of the document filed)(jak) (Entered: 01/08/2022) |

| 01/10/2022 | | | NOTICE OF DOCKET CORRECTION re 122 Response in Support. CORRECTION: The docket text was modified to correct the description of the document filed as "BRIEF IN SUPPORT" as marked on the document. (jak) (Entered: 01/10/2022) |
|---|---|---|---|
| 01/10/2022 | 123 | | EXHIBIT 13 by Janice Hargrove Warren re 121 First MOTION to Compel *Public Records subject to FOIA*. (llg) (Entered: 01/10/2022) |
| 01/10/2022 | 124 | | MOTION for Consideration *to Regulate Plaintiff's FOIA Requests* by All Defendants (Attachments: # 1 Exhibit 1)(Kees, William) (Entered: 01/10/2022) |
| 01/10/2022 | 125 | | BRIEF IN SUPPORT re 124 Motion for Consideration *to Regulate Plaintiff's FOIA Requests* filed by All Defendants. (Kees, William) (Entered: 01/10/2022) |
| 01/11/2022 | 126 | | RESPONSE in Opposition re 124 MOTION for Consideration *to Regulate Plaintiff's FOIA Requests* filed by All Plaintiffs. (Attachments: # 1 Exhibit Order, Dkt. No. 96)(Jenkins, Sarah) (Entered: 01/11/2022) |
| 01/12/2022 | 127 | | BRIEF IN SUPPORT re 126 Response in Opposition to Motion *to Regulate FOIA Requests* filed by All Plaintiffs. (Jenkins, Sarah) (Entered: 01/12/2022) |
| 01/14/2022 | 128 | | PRETRIAL DISCLOSURE SHEET by Alicia Gillen, Eli Keller, Mike Kemp, Johnny Key, Brian Maune, Pulaski County Special School District, Linda Remele, Shelby Thomas. (Kees, William) (Entered: 01/14/2022) |
| 01/14/2022 | 129 | | PRETRIAL DISCLOSURE SHEET *Plaintiff's Pretrial Disclosure Sheet* by Janice Hargrove Warren. (Jenkins, Sarah) (Entered: 01/14/2022) |
| 01/19/2022 | 130 | | PRETRIAL DISCLOSURE SHEET *Amended* by Janice Hargrove Warren. (Jenkins, Sarah) (Additional attachment(s) added on 1/20/2022: # 1 Main Document – Correct) (jak). (Entered: 01/19/2022) |
| 01/20/2022 | 131 | | NOTICE OF DOCKET CORRECTION re 130 Pretrial Disclosure Sheet Amended. CORRECTION: The original document was submitted in error (wrong image file). The correct document was added to docket entry 130 based on the attached correspondence. (jak) (Entered: 01/20/2022) |
| 01/21/2022 | 132 | | RESPONSE in Opposition re 121 First MOTION to Compel *Public Records subject to FOIA* filed by All Defendants. (Kees, William) (Entered: 01/21/2022) |
| 01/27/2022 | 133 | | STATUS REPORT *Regarding FOIA Requests* by Alicia Gillen, Eli Keller, Mike Kemp, Brian Maune, Pulaski County Special School District, Linda Remele, Shelby Thomas. (Kees, William) (Entered: 01/27/2022) |
| 01/28/2022 | 134 | | ORDER denying 121 Janice Warren's motion to compel; and denying 124 defendants' motion to regulate Warren's AFOIA requests. Signed by Judge Brian S. Miller on 1/28/2022. (ljb) (Entered: 01/28/2022) |
| 02/04/2022 | 135 | | Second MOTION in Limine *Regarding Punitive Damages* by All Defendants (Kees, William) (Entered: 02/04/2022) |
| 02/04/2022 | 136 | | BRIEF IN SUPPORT re 135 Motion in Limine *Regarding Punitive Damages* filed by All Defendants. (Kees, William) (Entered: 02/04/2022) |

| 02/06/2022 | 137 | | RESPONSE in Opposition re 135 Second MOTION in Limine *Regarding Punitive Damages* filed by All Plaintiffs. (Jenkins, Sarah) (Entered: 02/06/2022) |
|---|---|---|---|
| 02/06/2022 | 138 | | BRIEF IN SUPPORT re 137 Response in Opposition to Motion *in Limine Regarding Punitive Damages* filed by All Plaintiffs. (Jenkins, Sarah) (Entered: 02/06/2022) |
| 02/07/2022 | 139 | | Joint MOTION for Order *to Move Forward with Trial Date* by All Plaintiffs (Attachments: # 1 Exhibit Email Exchange Legal Counsel)(Jenkins, Sarah) (Entered: 02/07/2022) |
| 02/08/2022 | 140 | | (This is a TEXT ENTRY ONLY. There is no pdf document associated with this entry.) ORDER granting 139 motion to move forward with trial date. Signed by Judge Brian S. Miller on 2/8/22. (rdr) (Entered: 02/08/2022) |
| 02/08/2022 | 141 | | ORDER denying 135 defendants' motion in limine to exclude evidence of, and references to, punitive damages. Although it is not clear that there are sufficient facts to warrant punitive damages, Warren should be permitted to put on evidence in an attempt to meet her burden. Signed by Judge Brian S. Miller on 2/8/2022. (ljb) (Entered: 02/08/2022) |
| 02/09/2022 | 142 | | ORDER authorizing Gail Harris and Clarice Anderson to bring a cell phone, laptop computer, or personal digital assistant into the Richard Sheppard Arnold United States Courthouse on Monday, 2/14/2022, for jury trial in this case, subject to the rules noted. Signed by Judge Brian S. Miller on 2/9/2022. (ljb) (Entered: 02/09/2022) |
| 02/09/2022 | 143 | | Unopposed MOTION to Approve/Approval *Virtual Attendance* by All Defendants (Kees, William) (Entered: 02/09/2022) |
| 02/10/2022 | 144 | | (This is a TEXT ENTRY ONLY. There is no pdf document associated with this entry.) ORDER granting 143 motion to approve virtual attendance. Signed by Judge Brian S. Miller on 2/10/22. (rdr) (Entered: 02/10/2022) |
| 02/11/2022 | 145 | | PRETRIAL DISCLOSURE SHEET *Second Amended* by Janice Hargrove Warren. (Jenkins, Sarah) (Entered: 02/11/2022) |
| 02/11/2022 | | | Set Hearings: Pretrial Conference set for 2/14/2022 at 9:00 a.m. in Little Rock Courtroom #2D before Judge Brian S. Miller. Signed at the Direction of the Court on 2/11/2022.(ljb) (Entered: 02/11/2022) |
| 02/11/2022 | 146 | | MOTION to Approve/Approval *to Bring Electronic Device to Court* by All Defendants (Kees, William) (Entered: 02/11/2022) |
| 02/11/2022 | 147 | | ORDER authorizing Margie Powell to bring a cell phone, laptop computer, or personal digital assistant into the Richard Sheppard Arnold United States Courthouse on Monday, 2/14/2022, for jury trial, subject to the noted rules. Signed by Judge Brian S. Miller on 2/11/2022. (ljb) (Entered: 02/11/2022) |
| 02/11/2022 | 148 | | MOTION to Strike 145 Pretrial Disclosure Sheet by All Defendants (Kees, William) (Entered: 02/11/2022) |
| 02/11/2022 | 149 | | ORDER authorizing Ms. Shawn Burgess, PCSSD's corporate representative, to bring a cell phone, laptop computer, or personal digital assistant into the Richard Sheppard Arnold United States Courthouse, on Monday, 2/14/2022, |

| | | | |
|---|---|---|---|
| | | | for jury trial, subject to the noted rules. Signed by Judge Brian S. Miller on 2/11/2022. (ljb) (Entered: 02/11/2022) |
| 02/12/2022 | 150 | | RESPONSE in Opposition re 148 MOTION to Strike 145 Pretrial Disclosure Sheet filed by All Plaintiffs. (Jenkins, Sarah) (Entered: 02/12/2022) |
| 02/14/2022 | 151 | | ORDER authorizing plaintiff Janice Hargrove Warren to bring a cell phone, laptop computer, or personal digital assistant into the Richard Sheppard Arnold United States Courthouse in Little Rock on Monday, 2/14/2022, for jury trial, subject to the noted rules. Signed by Judge Brian S. Miller on 2/14/2022. (ljb) (Entered: 02/14/2022) |
| 02/14/2022 | 152 | | (This is a TEXT ENTRY ONLY. There is no pdf document associated with this entry.) CLERK'S MINUTES for proceedings held before Judge Brian S. Miller: Final Pretrial Conference held on 2/14/2022; defendants' 148 motion to strike granted. (Plaintiff: Sarah Howard Jenkins and Austin Porter, Jr.; Defendants: Jay Bequette and Cody Kees; Court Reporter: Valarie Flora.) (ljb) (Entered: 02/14/2022) |
| 02/14/2022 | 153 | | (This is a TEXT ENTRY ONLY. There is no pdf document associated with this entry.) CLERK'S MINUTES for proceedings held before Judge Brian S. Miller: Jury Selection held on 2/14/2022; Voir dire began and completed; 8 jurors sworn and seated; Jury Trial began; parties give opening statements; plaintiff calls witness #1; jury released until 8:30 a.m. (Plaintiff: Sarah Howard Jenkins and Austin Porter, Jr.; Defendants: Jay Bequette and Cody Kees; Court Reporter: Valarie Flora and Teresa Hollingsworth.) (ljb) (Entered: 02/14/2022) |
| 02/15/2022 | 154 | | (This is a TEXT ENTRY ONLY. There is no pdf document associated with this entry.) CLERK'S MINUTES for proceedings held before Judge Brian S. Miller: Jury trial continued (Day 2) on 2/15/2022; plaintiff calls witnesses 2–8; jury released until 8:30 a.m. on 2/17/2022. (Plaintiff: Sarah Howard Jenkins and Austin Porter, Jr.; Defendant: Jay Bequette and Cody Kees; Court Reporter: Valarie Flora and Teresa Hollingsworth.) (ljb) (Entered: 02/15/2022) |
| 02/17/2022 | 155 | | (This is a TEXT ENTRY ONLY. There is no pdf document associated with this entry.) CLERK'S MINUTES for proceedings held before Judge Brian S. Miller: Jury trial continued (Day 3) on 2/17/2022; plaintiff calls witnesses 9–16; jury released until 8:30 a.m. on 2/18/2022. (Plaintiff: Sarah Howard Jenkins and Austin Porter, Jr.; Defendant: Jay Bequette and Cody Kees; Court Reporter: Valarie Flora.) (ljb) (Docket text modified on 2/23/2022 to correct the witnesses called) (jak) (Entered: 02/17/2022) |
| 02/18/2022 | 156 | | (This is a TEXT ENTRY ONLY. There is no pdf document associated with this entry.) CLERK'S MINUTES for proceedings held before Judge Brian S. Miller: Jury trial continued (Day 4) on 2/18/2022; testimony of witness 16 continues; plaintiff calls witnesses 17–26 and 1 proffered; jury released until 8:30 a.m. on 2/22/2022. (Plaintiff: Sarah Howard Jenkins and Austin Porter, Jr.; Defendant: Jay Bequette and Cody Kees; Court Reporter: Teresa Hollingsworth and Valarie Flora.) (ljb)(Docket text modified on 2/23/2022 to correct the witnesses called)(jak) (Entered: 02/18/2022) |
| 02/19/2022 | 157 | | First MOTION to Strike *Tainted Association Evidence and Request for Curative Instruction or Motion for Mistrial* by All Plaintiffs (Jenkins, Sarah) (Entered: 02/19/2022) |

| 02/19/2022 | 158 | BRIEF IN SUPPORT re 157 Motion to Strike *Tainted Association Evidence and Request for Curative Instruction or Motion for Mistrial* filed by All Plaintiffs. (Attachments: # 1 Exhibit Draft Curative Instruction)(Jenkins, Sarah) (Entered: 02/19/2022) |
|---|---|---|
| 02/21/2022 | 159 | RESPONSE in Opposition re 157 First MOTION to Strike *Tainted Association Evidence and Request for Curative Instruction or Motion for Mistrial* filed by All Defendants. (Kees, William) (Entered: 02/21/2022) |
| 02/22/2022 | 160 | (This is a TEXT ENTRY ONLY. There is no pdf document associated with this entry.) ORDER denying 157 motion to strike. Signed by Judge Brian S. Miller on 2/22/22. (rdr) (Entered: 02/22/2022) |
| 02/22/2022 | 161 | MOTION for Directed Verdict by All Defendants (Kees, William) (Entered: 02/22/2022) |
| 02/22/2022 | 162 | (This is a TEXT ENTRY ONLY. There is no pdf document associated with this entry.) CLERK'S MINUTES for proceedings held before Judge Brian S. Miller:Jury trial continued (Day 5) on 2/22/2022; plaintiff calls witnesses 27–28; plaintiff rests; defendant calls witness 1; defendant rests; all previous motions reasserted and ruling deferred; jury released until 8:30 a.m. on 2/23/2022. (Plaintiff: Sarah Howard Jenkins and Austin Porter, Jr.; Defendant: Jay Bequette and Cody Kees; Court Reporter: Teresa Hollingsworth.) (ljb) (Docket text modified on 2/23/2022 to correct the witnesses called) (jak) (Entered: 02/22/2022) |
| 02/23/2022 |  | NOTICE OF DOCKET CORRECTION re 155 , 156 , and 157 Minute Entries for trial held. CORRECTION: The docket text for docket entry 155 was modified to correct the witnesses called as 9–16. The docket text for docket entry 156 was modified to correct the witnesses called as 16 Continues and 17–26 called. The docket text for docket entry 162 was modified to correct the witnesses called as 27–28 pursuant to instruction from Chambers. (jak) (Entered: 02/23/2022) |
| 02/23/2022 | 163 | (This is a TEXT ENTRY ONLY. There is no pdf document associated with this entry.) CLERK'S MINUTES for proceedings held before Judge Brian S. Miller:Jury trial continued (Day 6) on 2/23/2022; closing arguments; jury released until further notice. (Plaintiff: Sarah Howard Jenkins and Austin Porter, Jr.; Defendant: Jay Bequette and Cody Kees; Court Reporter: Valarie Flora.) (ljb) (Entered: 02/23/2022) |
| 02/25/2022 | 164 | (This is a TEXT ENTRY ONLY. There is no pdf document associated with this entry.) CLERK'S MINUTES for proceedings held before Judge Kristine G. Baker on behalf of Judge Brian S. Miller: Jury trial continued (Day 7) on 2/25/2022; jury deliberates; jury verdict returned at 1:59 p.m.; on race discrimination claim, jury found in favor of defendants; on sex discrimination claim, jury found in favor of defendants; on retaliation claim for not being interviewed or hired for superintendent, jury found in favor of plaintiff and awarded lost wages and benefits to be $208,025.40; other damages to be $125,000; punitive damages against PCSSD in the amount of $273,000, against Linda Remele in the amount of $25,000, against Alicia Gillen in the amount of $25,000; on retaliation claim for not being interviewed or hired for deputy superintendent, jury found in favor of defendants; on both breach of contract claims, jury found in favor of defendants; jury released. (Plaintiff: |

| | | | |
|---|---|---|---|
| | | | Sarah Howard Jenkins and Austin Porter, Jr.; Defendants: Jay Bequette and Cody Kees; Court Reporter: Valarie Flora.) (ljb) (Entered: 02/25/2022) |
| 02/25/2022 | 165 | | Court's Witness List. (ljb) (Entered: 02/25/2022) |
| 02/25/2022 | 166 | | Exhibit List by Janice Hargrove Warren. (ljb) (Entered: 02/25/2022) |
| 02/25/2022 | 167 | | Exhibit List by Defendants. (ljb) (Entered: 02/25/2022) |
| 02/25/2022 | 168 | | Proffered Jury Instructions by Janice Hargrove Warren. (ljb) (Entered: 02/25/2022) |
| 02/25/2022 | 169 | | Proffered Jury Instructions by Defendants. (ljb) (Entered: 02/25/2022) |
| 02/25/2022 | 170 | | Court's Jury Instructions. (ljb) (Entered: 02/25/2022) |
| 02/25/2022 | 171 | | JURY VERDICT. (ljb) (Entered: 02/25/2022) |
| 02/25/2022 | 172 | | RECEIPT for Exhibits by Janice Hargrove Warren. (ljb) (Entered: 02/25/2022) |
| 02/25/2022 | 173 | | RECEIPT for Exhibits by Defendants. (ljb) (Entered: 02/25/2022) |
| 03/02/2022 | 174 | | RESPONSE in Opposition re 161 MOTION for Directed Verdict *Punitive Damages* filed by All Plaintiffs. (Jenkins, Sarah) (Entered: 03/02/2022) |
| 03/04/2022 | 175 | | ORDER granting 161 motion for judgment as a matter of law as to the request for dismissal of plaintiff's punitive damages claim against the Pulaski County Special School District. Signed by Judge Brian S. Miller on 3/4/2022. (ljb) (Entered: 03/04/2022) |
| 03/10/2022 | 176 | | JUDGMENT: Pursuant to the verdict returned by the jury on 2/25/2022, following 7 days of trial, and my 3/4/2022 order granting in part 175 defendants motion for judgment as a matter of law, judgment is entered in favor of plaintiff Janice Warren. Warren is awarded damages against defendants jointly and severally in the amount of $208,025.40 in lost wages and benefits, and $125,000 in other damages. Punitive damages are assessed against defendant Linda Remele in the amount of $25,000, and against defendant Alicia Gillen in the amount of $25,000. Signed by Judge Brian S. Miller on 3/10/2022. (kdr) (Entered: 03/10/2022) |
| 03/17/2022 | 177 | | First MOTION for Relief Plaintiff's Motion for Equitable Relief by Janice Hargrove Warren (Porter, Austin) (Entered: 03/17/2022) |
| 03/17/2022 | 178 | | BRIEF IN SUPPORT re 177 Motion for Relief, 176 Judgment,, *Plaintiff's Brief In Support for Motion for Equitable Relief* filed by Janice Hargrove Warren. (Attachments: # 1 Exhibit)(Porter, Austin) (Entered: 03/17/2022) |
| 03/21/2022 | 179 | | First MOTION to Amend/Correct 177 First MOTION for Relief Plaintiff's Motion for Equitable Relief *Plaintiff's Amended and Substituted Motion for Equitable and Injunctive Relief* by Janice Hargrove Warren (Porter, Austin) (Entered: 03/21/2022) |
| 03/21/2022 | 180 | | BRIEF IN SUPPORT re 178 Brief in Support *Plaintiff's Amended and Substituted Brief In Support of Her Motion for Equitable and Injunctive Relief* filed by Janice Hargrove Warren. (Attachments: # 1 Exhibit)(Porter, Austin) (Entered: 03/21/2022) |
| 03/22/2022 | 181 | | |

| | | | |
|---|---|---|---|
| | | | MOTION for Judgment NOV *or in the Alternative, Motion to Alter or Amend Judgment* by All Defendants (Kees, William) (Entered: 03/22/2022) |
| 03/22/2022 | 182 | | BRIEF IN SUPPORT re 181 Motion for Judgment NOV filed by All Defendants. (Kees, William) (Entered: 03/22/2022) |
| 04/01/2022 | 183 | | TRANSCRIPT of Jury Trial – Testimony of Earnest Duckery held on 2/17/2022, before Judge Brian S. Miller. Court Reporter Valarie Flora. Transcript may be viewed only at the public terminals in the Clerk's office. Copies of transcript are only available through the Official Court Reporter before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. DEADLINES: Notice of Intent to Request Redaction due 4/8/2022. Redaction Request due 4/22/2022. Redacted Transcript Deadline set for 5/2/2022. Release of Transcript Restriction set for 6/30/2022. (fcd) (Entered: 04/01/2022) |
| 04/04/2022 | 184 | | RESPONSE in Opposition re 179 First MOTION to Amend/Correct 177 First MOTION for Relief Plaintiff's Motion for Equitable Relief *Plaintiff's Amended and Substituted Motion for Equitable and Injunctive Relief* filed by All Defendants. (Kees, William) (Entered: 04/04/2022) |
| 04/04/2022 | 185 | | BRIEF IN SUPPORT re 184 Response in Opposition to Motion, *Plaintiff's Amended and Substituted Motion for Equitable and Injunctive Relief* filed by All Defendants. (Kees, William) (Entered: 04/04/2022) |
| 04/05/2022 | 186 | | ADDENDUM filed by Alicia Gillen, Eli Keller, Mike Kemp, Brian Maune, Pulaski County Special School District, Linda Remele, Shelby Thomas to 185 Brief in Support. *Exhibit 1 to Brief* (Kees, William) (Entered: 04/05/2022) |
| 04/05/2022 | 187 | | RESPONSE in Opposition re 181 MOTION for Judgment NOV *or in the Alternative, Motion to Alter or Amend Judgment* filed by All Plaintiffs. (Jenkins, Sarah) (Entered: 04/05/2022) |
| 04/05/2022 | 188 | | BRIEF IN SUPPORT re 187 Response in Opposition to Motion filed by All Plaintiffs. (Jenkins, Sarah) (Entered: 04/05/2022) |
| 04/05/2022 | 189 | | ADDENDUM filed by Janice Hargrove Warren to 188 Brief in Support. *Appendices* (Attachments: # 1 Appendix Warren's Charge, # 2 Appendix Eighth Circuit Model Rules, # 3 Appendix Transcript Duckery Testimony, # 4 Appendix Transcript Margie Powell)(Jenkins, Sarah) (Additional attachment(s) added on 4/6/2022: # 5 Main Document – Correct) (jak). (Entered: 04/05/2022) |
| 04/06/2022 | 190 | | NOTICE OF DOCKET CORRECTION re 189 Addendum. CORRECTION: The original document was submitted in error (wrong image file). The correct document was added to docket entry 189 based on the attached correspondence. (jak) (Entered: 04/06/2022) |
| 04/21/2022 | 191 | | ORDER denying 181 defendants' motion for judgment as a matter of law or to alter or amend the judgment; granting in part and denying in part 177 179 Warren's motion for equitable and injunctive relief. Warren is awarded pre–judgment interest in the amount of $17,281.36. Warren is also awarded post–judgment interest to be calculated at the rate of 1.02 percent on the total award $383,025.40 beginning on 3/10/2022, through the date that the judgment is paid in full. Warren's other requests for relief are denied. Signed |

| | | | |
|---|---|---|---|
| | | | by Judge Brian S. Miller on 4/21/2022. (kdr) (Docket text modified on 4/22/2022 to correct the description of the document filed) (jak) (Entered: 04/21/2022) |
| 04/22/2022 | | | NOTICE OF DOCKET CORRECTION re 191 Order. CORRECTION: The docket text was modified to correct the description of the document filed as "ORDER denying 181 defendants' motion for judgment as a matter of law or to alter or amend the judgment; granting in part and denying in part 177 , 179 Warren's motion for equitable and injunctive relief. Warren is awarded pre−judgment interest in the amount of $17,281.36. Warren is also awarded post−judgment interest to be calculated at the rate of 1.02 percent on the total award of $383,025.40 beginning on 3/10/2022, through the date that the judgment is paid in full. Warren's other requests for relief are denied" as marked on the Order. (jak) (Entered: 04/22/2022) |
| 05/02/2022 | 192 | | First MOTION for Reconsideration re 191 Order,, *Denying in part Equitable Relief* by All Plaintiffs (Jenkins, Sarah) (Entered: 05/02/2022) |
| 05/02/2022 | 193 | | BRIEF IN SUPPORT re 192 Motion for Reconsideration *Order Regarding Equitable Relief* filed by All Plaintiffs. (Jenkins, Sarah) (Entered: 05/02/2022) |
| 05/02/2022 | 194 | | ADDENDUM filed by Janice Hargrove Warren to 193 Brief in Support. *First Motion for Reconsideration* (Attachments: # 1 Exhibit Salary Comparison, # 2 Exhibit Trial Transcript Warren, # 3 Exhibit Comparison Chart Districts Characteristics, # 4 Exhibit ADE Districts Enrollment by Race, # 5 Exhibit ADE Districts Certified Teachers by Race, # 6 Exhibit ADE Districts Certified Staff by Race, # 7 Exhibit ADE Districts Classified Staff by Race)(Jenkins, Sarah) (Entered: 05/02/2022) |
| 05/02/2022 | 195 | | First MOTION for Reconsideration re 191 Order,, *Denying in part Equitable Relief_CORRECTED* by All Plaintiffs (Jenkins, Sarah) (Entered: 05/02/2022) |
| 05/03/2022 | 196 | | First MOTION to Extend Time *for filing Motion for Attorney's Fees and Costs* by All Plaintiffs (Attachments: # 1 Exhibit email)(Jenkins, Sarah) (Entered: 05/03/2022) |
| 05/04/2022 | 197 | | (This is a TEXT ENTRY ONLY. There is no pdf document associated with this entry.) ORDER granting 196 motion to extend time. Warren's motion for attorney's fees is due on or before 5/19/22. Signed by Judge Brian S. Miller on 5/4/22. (rdr) (Entered: 05/04/2022) |
| 05/16/2022 | 198 | | RESPONSE in Opposition re 192 First MOTION for Reconsideration re 191 Order,, *Denying in part Equitable Relief*, 195 First MOTION for Reconsideration re 191 Order,, *Denying in part Equitable Relief_CORRECTED* filed by All Defendants. (Kees, William) (Entered: 05/16/2022) |
| 05/19/2022 | 199 | | First MOTION for Attorney Fees *& Costs* by All Plaintiffs (Attachments: # 1 Affidavit Affidavit Jenkins, # 2 Exhibit Time Log Jenkins, # 3 Affidavit Affidavit & Time Log Porter)(Jenkins, Sarah) (Entered: 05/19/2022) |
| 05/19/2022 | 200 | | BRIEF IN SUPPORT re 199 Motion for Attorney Fees *and Costs* filed by All Plaintiffs. (Jenkins, Sarah) (Entered: 05/19/2022) |
| 05/19/2022 | 201 | | ADDENDUM filed by Janice Hargrove Warren to 199 Motion for Attorney Fees. *First Motion for Attorney's Fees & Costs_Exhibits* (Attachments: # 1 |

| | | | |
|---|---|---|---|
| | | | Affidavit, # 2 Exhibit, # 3 Affidavit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit, # 8 Exhibit, # 9 Exhibit, # 10 Exhibit, # 11 Exhibit, # 12 Exhibit, # 13 Exhibit, # 14 Exhibit, # 15 Exhibit, # 16 Exhibit, # 17 Exhibit, # 18 Exhibit, # 19 Exhibit, # 20 Exhibit, # 21 Exhibit, # 22 Exhibit, # 23 Exhibit, # 24 Exhibit, # 25 Exhibit, # 26 Exhibit, # 27 Exhibit, # 28 Exhibit, # 29 Exhibit, # 30 Exhibit, # 31 Exhibit, # 32 Document, # 33 Exhibit, # 34 Exhibit, # 35 Exhibit, # 36 Exhibit, # 37 Exhibit, # 38 Exhibit, # 39 Exhibit, # 40 Exhibit, # 41 Exhibit, # 42 Exhibit, # 43 Exhibit, # 44 Exhibit, # 45 Exhibit, # 46 Exhibit)(Jenkins, Sarah) (Entered: 05/19/2022) |
| 05/19/2022 | 202 | | ADDENDUM filed by Janice Hargrove Warren to 201 Addendum,,,. *Amended Addendum* (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit)(Jenkins, Sarah) (Entered: 05/19/2022) |
| 05/20/2022 | 203 | | NOTICE OF APPEAL as to 191 Order,, 176 Judgment,, 90 Order on Motion for Summary Judgment by Alicia Gillen, Eli Keller, Mike Kemp, Brian Maune, Pulaski County Special School District, Linda Remele, Shelby Thomas. (Kees, William) (Entered: 05/20/2022) |
| 05/20/2022 | 204 | | NOTIFICATION OF APPEAL and NOA SUPPLEMENT as to 203 Notice of Appeal re 90 Order, 176 Judgment, 191 Order. NOTIFICATION TO COUNSEL: REQUEST FOR TRANSCRIPTS SHOULD BE FILED WITH THE DISTRICT COURT CLERK. (jbh) (Entered: 05/20/2022) |
| 05/23/2022 | 205 | | USCA Docketing Letter and Briefing Schedule Order as to 203 Notice of Appeal filed by Eli Keller, Linda Remele, Brian Maune, Pulaski County Special School District, Alicia Gillen, Mike Kemp, Shelby Thomas. USCA Case Number 22–2067. Transcript due by 7/5/2022. (jbh) (Entered: 05/23/2022) |
| 05/23/2022 | 206 | | USCA Appeal Fees received $505 receipt number LIT086058 re 203 Notice of Appeal filed by Eli Keller, Linda Remele, Brian Maune, Pulaski County Special School District, Alicia Gillen, Mike Kemp, Shelby Thomas. (jbh) (Entered: 05/23/2022) |
| 05/24/2022 | 207 | | ORDER denying 192 and 195 Janice Warren's motions for reconsideration. Signed by Judge Brian S. Miller on 5/24/2022. (ljb) (Entered: 05/24/2022) |
| 06/02/2022 | 208 | | NOTICE OF CROSS APPEAL as to 207 Order on Motion for Reconsideration, 191 Order,, 176 Judgment,, by Janice Hargrove Warren. (Jenkins, Sarah) (Entered: 06/02/2022) |
| 06/02/2022 | 209 | | NOTIFICATION OF APPEAL and NOA SUPPLEMENT as to 208 Notice of Cross Appeal re 176 Judgment, 191 Order by Janice Hargrove Warren. NOTIFICATION TO COUNSEL: REQUEST FOR TRANSCRIPTS SHOULD BE FILED WITH THE DISTRICT COURT CLERK. (jbh) (Entered: 06/02/2022) |

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JANICE HARGROVE WARREN                                              PLAINTIFF

v.                          Case No. 4:19-CV-00655-BSM

MIKE KEMP, *et al.*                                                 DEFENDANTS

## ORDER

At the close of plaintiff Janice Warren's case in chief, defendants moved for judgment as a matter of law.  Doc. No. 161.  The only issue regarding that motion remaining unresolved is the request for dismissal of plaintiff's punitive damages claim against the Pulaski County Special School District (PCSSD).

That motion is granted because Warren cannot recover punitive damages against PCSSD under Title VII because it is a political subdivision of the state of Arkansas.  *See* 42 U.S.C. § 1981a(b) (excluding recovery of punitive damages against a political subdivision); *Dermott Special Sch. Dist. v. Johnson*, 32 S.W.3d 477, 480 (Ark. 2000) (holding school districts are political subdivisions of the state).  Warren also cannot recover punitive damages against PCSSD under section 1981.  *See City of Newport v. Fact Concert, Inc.*, 453 U.S. 247 (1981) (municipalities are immune from punitive damages under section 1983); *Jett v. Dallas Indep. Sch. Dist.*, 491 U.S. 701 (1989) (public school districts are considered municipalities, and section 1981 claims against state actors must go through section 1983).

Despite PCSSD's failure to affirmatively plead that it is not subject to punitive damages, the law simply does not permit an award of punitive damages against it, and the

jury cannot award Warren what the law does not permit.  Even if PCSSD should have pled this as an affirmative defense, PCSSD's punitive damages argument is not waived because it does not unfairly surprise or prejudice Warren.  *See First Union Nat'l Bank v. Pictet Overseas Tr. Corp., LTD.,* 477 F.3d 616, 622 (8th Cir. 2007).  This is true because the question presented is a legal one that did not require the resolution of any factual issues at trial, and Warren has been given an opportunity to argue why punitive damages are assessable.  *See Blonder-Tongue Labs. Inc., v. Univ. of Ill. Found.*, 402 U.S. 313, 150 (1971) (the purpose of Federal Rule of Civil Procedure 8(c) is to give the opposing party notice of the affirmative defense and a chance to rebut it).  Warren's unfair surprise argument is also diminished by the fact that PCSSD's motion is based on the same statutes upon which Warren brought her claims.

IT IS SO ORDERED this 4th day of March, 2022.

UNITED STATES DISTRICT JUDGE

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**JANICE HARGROVE WARREN**                                          **PLAINTIFF**

**v.**                          **Case No. 4:19-CV-00655-BSM**

**MIKE KEMP,** *et al.*                                          **DEFENDANTS**

## JUDGMENT

Pursuant to the verdict returned by the jury on February 25, 2022, following seven days of trial, and my March 4, 2022 order granting in part defendants' motion for judgment as a matter of law [Doc. No. 175], judgment is entered in favor of plaintiff Janice Warren. Warren is awarded damages against defendants jointly and severally in the amount of $208,025.40 in lost wages and benefits, and $125,000 in other damages.  Punitive damages are assessed against defendant Linda Remele in the amount of $25,000, and against defendant Alicia Gillen in the amount of $25,000.

IT IS SO ORDERED this 10th day of March, 2022.

_____
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JANICE HARGROVE WARREN                                        PLAINTIFF

v.                          Case No. 4:19-CV-00655-BSM

MIKE KEMP, *et al.*                                          DEFENDANTS

## ORDER

Defendants' motion for judgment as a matter of law, or to alter or amend the judgment [Doc. No. 181], is denied.  Warren's motion for equitable and injunctive relief [Doc. Nos. 177 & 179] is granted in part and denied in part.  Warren is awarded pre-judgment and post-judgment interest as specified below, and her remaining requests for relief are denied.

### *1.  Defendants' Motion*

In their motion, defendants argue that punitive damages cannot be assessed against Linda Remele and Alicia Gillen because section 1981 does not permit retaliation claims against state actors, except those brought pursuant to section 1983.  *See Onyiah v. St. Cloud State Univ.*, 5 F.4th 926, 929 (8th Cir. 2021).  They contend Warren did not bring her section 1981 retaliation claim under section 1983, and that her claim would fail regardless because section 1983 retaliation claims must be based on First Amendment activity.  *See* Doc. No. 182 at 3–4.  Defendants' argument fails because Warren unambiguously brought her section 1981 retaliation claim under section 1983.  *See* Second Am. Compl. ¶¶ 67–70, Doc. No. 65. Moreover, section 1981 provides an independent basis for retaliation claims related to racial discrimination.  *See CBOCS W., Inc. v. Humphries*, 553 U.S. 442 (2008).  In this context,

section 1983 merely provides the "damages remedy for the violation of rights guaranteed by § 1981." *Jett v. Dallas Indep. Sch. Dist.*, 491 U.S. 701, 735 (1989).

Defendants also argue that the entire verdict must be set aside because Warren did not prove a retaliation claim under either Title VII or section 1981. They contend that Warren's reporting of a disparity between the construction of two schools is not a protected activity that supports a retaliation claim under either statute. *See* Doc. No. 182 at 4–8. Title VII protects opposition to "any practice made an unlawful employment practice [by Title VII]." 42 U.S.C. § 2000e-3(a). The employee must have a reasonable, good faith belief that the practice violates Title VII, even if it is not actually unlawful. *Bonn v. City of Omaha*, 623 F.3d 587, 591 (8th Cir. 2010). The elements of Title VII and section 1981 retaliation claims are identical and analyzed the same. *Wright v. St. Vincent Health Sys.*, 730 F.3d 732, 737 (8th Cir. 2013).

Defendants' request to set aside the verdict is denied because a reasonable juror could have found that Warren's report of the construction disparity was a protected activity. Judgment as matter of law is appropriate "[o]nly when there is a complete absence of probative facts to support the conclusion reached" by the jury. *Ryther v. KARE 11*, 108 F.3d 832, 845 (8th Cir. 1997) (quoting *Lavender v. Kurn*, 327 U.S. 645, 653 (1946)). Defendants have not met this burden, nor have they shown it is necessary to alter or amend the judgment to correct "manifest errors of law." *Ryan v. Ryan*, 889 F.3d 499, 507 (8th Cir. 2018) (internal quotation omitted).

2

*2.  Warren's motion*

Warren argues that she should be awarded additional back pay, pre and post-judgment interest, front pay, and other injunctive and declaratory relief.

a.      Back pay

Warren's back pay award will not be increased because the jury heard evidence that Warren failed to fully mitigate her damages by seeking comparable employment.  *See Fiedler v. Indianhead Truck Line, Inc.*, 670 F.2d 806, 809 (8th Cir. 1982).  Based on the evidence, the jury found that Warren was not entitled to lost wages and benefits for the entire time period she was seeking, and this finding cannot be freely disregarded.  *See Mathieu v. Gopher News Co.*, 273 F.3d 769, 778 (8th Cir. 2001) ("the district court is not free to reject or contradict findings by the jury that were properly submitted to the jury")

b.      Pre-judgment interest

Warren is awarded $17,281.36 in pre-judgment interest.  Pre-judgment interest may be awarded against state defendants under Title VII.  *Wimbush v. State of Iowa By Glenwood State Hosp.*, 66 F.3d 1471, 1483 (8th Cir. 1995).  The Pulaski County Special School District (PCSSD) has provided no reason why such an award would be inequitable given Title VII's purpose to make plaintiff's whole.  *See Frazier v. Iowa Beef Processors, Inc.*, 200 F.3d 1190, 1194 (8th Cir. 2000) ("Generally, prejudgment interest should be awarded 'unless exceptional or unusual circumstances exist making the award of interest inequitable.'") (internal quotation omitted).  Warren's pre-judgment interest, however, will only be awarded

3

on her lost wages and benefits.   An award of prejudgment interest on Warren's other damages is not appropriate.  *See Smith v. World Ins. Co.*, 38 F.3d 1456, 1467 (8th Cir. 1994) (prejudgment interest is committed to the district court's discretion).   Prejudgment interest is also not appropriate on Warren's punitive damages award.  *See Flockhart v. Iowa Beef Processors, Inc.*, 192 F.Supp.2d 947, 978 (N.D. Iowa 2001) (denying pre-judgment interest on punitive damages in a Title VII case).

Warren's pre-judgment interest rate will be calculated according to Arkansas law.  *See* Ark. Code Ann. § 16-65-114.  This rate is the Federal Reserve primary credit rate in effect on the date of the judgment, plus two percentage points.  *See* 12 C.F.R. § 201.51(a); Ark Code Ann. § 16-62-114(a)(1)(B).  Accordingly, the pre-judgment interest rate will be 2.25%. Warren's back pay award ($208,025.40) multiplied by the applicable rate (.0225) yields $4,680.57 in interest per year, which is a daily interest rate of $12.82.  The amount of pre-judgment interest from July 1, 2018, to March 10, 2022 (date of judgment) is therefore $17,281.36.

> c.   Post-judgment interest

Warren's motion for post-judgment interest is granted.  Post-judgment interest is allowed on any money judgment in a federal civil case.  28 U.S.C. § 1961(a).  The applicable post-judgment interest rate is "a rate equal to the weekly average 1-year constant maturity Treasury yield, as published by the Board of Governors of the Federal Reserve System, for the calendar week preceding the date of the judgment."  *Id*.  According to the St. Louis

Appellate Case: 22-2169   Page: 28   Date Filed: 06/02/2022 Entry ID: 5163078   June 2 2022 p28

Federal Reserve Banks' FRED database, Warren's post-judgment interest rate is 1.02 percent. *See* Federal Reserve Statistical Release, *available at* http://www.https:/https://fred.stlouisfed.org/release/tables?eid=290&rid=18, at March 10, 2022 (last visited Apr. 12, 2022). Post-judgment interest will accrue on Warren's entire jury award, including punitive damages.

        d.      Front pay

      Warren's request for front pay is denied. Front pay may be granted in lieu of reinstatement in situations where reinstatement would be impracticable or impossible. *Newhouse v. McCormick & Co.*, 110 F.3d 635, 641 (8th Cir. 1997). Reinstatement is presumably impossible here because the PCSSD superintendent position is occupied, but front pay is still not appropriate because the jury found that Warren failed to mitigate her damages when it only awarded her half of the back pay she was seeking. *See Miller v. Bd. of Regents of Univ. of Minn.*, No. 15-CV-3740 (PJS/LIB), 2019 WL 586674, at *3 (D. Minn. Feb. 13, 2019) (holding jury must necessarily have found plaintiff met duty to mitigate when it awarded full damages through date of verdict). The jury concluded that Warren was not entitled to lost wages and benefits through the date of verdict, which is when front pay begins to be calculated. A front pay award would contradict this finding by the jury. *See Mathieu*, 273 F.3d at 778; *see also Excel Corp. v. Bosley*, 165 F.3d 635, 639 (8th Cir. 1999) (denying front pay based on plaintiff's failure to mitigate by finding comparable employment).

5

e.      Other relief

Warren's request for other equitable relief is denied.  For the same reasons it is not appropriate to award Warren front pay, it is also not appropriate to order PCSSD to place her in the next available superintendent position or adjust her pay to match that of the current superintendent.  *See supra* Section 2.d; *see also Briscoe v. Fred's Dollar Store, Inc.*, 24 F.3d 1026, 1028 (8th Cir. 1994) ("District courts have broad discretion to issue an injunction once discrimination has been established in a Title VII action").  Warren's request for declaratory relief is also denied because such a declaration would essentially restate the jury's verdict, which did not represent a significant development in Title VII law.  *See Pitrolo v. Cty. of Buncombe, N.C.*, 589 F. App'x 619, 627–30 (4th Cir. 2014) (affirming district court's denial of declaratory relief).

### 3.  Conclusion

For the foregoing reasons, defendants' motion for judgment as a matter of law, or to alter or amend the judgment [Doc. No. 181], is denied.  Warren's motion for equitable and injunctive relief [Doc. Nos. 177 & 179] is granted in part and denied in part.  Warren is awarded pre-judgment interest in the amount of $17,281.36.  Warren is also awarded post-judgment interest to be calculated at the rate of 1.02 percent on the total award of $383,025.40, pursuant to 28 U.S.C. section 1961(a), for the period beginning on March 10, 2022, through the date that the judgment is paid in full.  Warren's other requests for relief are denied.

6

IT IS SO ORDERED this 21st day of April, 2022.

_____
UNITED STATES DISTRICT JUDGE

7

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JANICE WARREN                                                              PLAINTIFF

v.                              Case No. 4:19-CV-00655-BSM

MIKE KEMP, *et al.*                                                      DEFENDANTS

<u>ORDER</u>

Janice Warren's motion for reconsideration [Doc. Nos. 192 & 195] is denied. While the trial record contains limited evidence on the issue of mitigation of damages, Warren testified at trial that she did not apply for any other superintendent positions, including an open position at the nearby Conway School District. Warren Test. at 86–87, <u>Doc. No. 194-2</u>. Warren also testified that she was personally committed to remaining at the Pulaski County Special School District. *Id.* This evidence was sufficient for the jury to find that Warren did not "exercise reasonable diligence under the circumstances to minimize her damages." Court's Jury Instructions at 22, <u>Doc. No. 170</u>. I decline to award Warren additional back pay, or front pay, because it would contradict this permissible finding by the jury.

IT IS SO ORDERED this 24th day of May, 2022.

UNITED STATES DISTRICT JUDGE

**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**Janice Hargrove Warren**                                                 **PLAINTIFF**


**v.**                          **Case No. 4:19-cv-00655-BSM**


**The Pulaski County Special School District;**                **DEFENDANTS**

**Mike Kemp,**
**in his official capacity as a Member of the Board of the**
**Pulaski County Special School District and in his individual capacity;**

**Linda Remele,**
**in her official capacity as a Member of the Board of the**
**Pulaski County Special School District and in her individual capacity;**

**Shelby Thomas,**
**in his official capacity as a Member of the Board of the**
**Pulaski County Special School District and in his individual capacity;**

**Alicia Gillen,**
**in her official capacity as a Member of the Board of the**
**Pulaski County Special School District and in her individual capacity;**

**Eli Keller,**
**in his official capacity as a Member of the Board of the**
**Pulaski County Special School District and in his individual capacity;**

**Brian Maune,**
**in his official capacity as a Member of the Board of the**
**Pulaski County Special School District and in his individual capacity**


<u>**NOTICE OF CROSS-APPEAL**</u>

COMES, now, the Plaintiff, Dr. Janice Warren, by and through her attorneys, Sarah

Howard Jenkins, PLLC, and Austin Porter, dba, Porter Law, filing notice of her cross-appeal to

the United States Court of Appeals for the Eighth Circuit of the judgment and orders entered in

1

the United States District Court for the Eastern District of Arkansas, Central Division, by the

Honorable Brian Miller. The judgment and orders are: 1) the judgment entered March 10, 2022,

without relief on her claims of breach of contract (CM/ECF # 176); 2) the order of April 21,

2022, denying her request for back pay and front pay (CM/ECF # 191); and 3) the order of May

24, 2022, denying her Fed. R. Civ. Pro. 59(e) and 60(b)(6) Motion for Reconsideration (CM/ECF

# 207).

Respectfully submitted this 2nd day of June, 2022,

Sarah Howard Jenkins
Arkansas Bar #97046
SARAH HOWARD JENKINS, PLLC
P.O. Box 242694
Little Rock, Arkansas 72223
Telephone: 501-406-0905
Email:  sarah@shjenkinslaw.com

Austin Porter Jr., Ark. Bar No. 86145
PORTER LAW FIRM
Catlett-Prien Tower Building
323 Center Street, Suite 1035
Little Rock, Arkansas 72201
Telephone: 501-244-8200
Facsimile: 501-372-5567
Email:  Aporte5640@aol.com

Attorneys for Plaintiff

2

U. S. COURT OF APPEALS - EIGHTH CIRCUIT
NOA SUPPLEMENT

# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS

Please note any additions or deletions to the style of the case from the style listed on the docket sheet (or attach an amended docket sheet with the final style of case)

Date 6/2/2022

**Caption:** Warren v. Kemp et al

**Case No.:** 4:19-cv-00655-BSM

**Appellant:** Janice Hargrove Warren

**Appellant's Attorney(s):** Sarah Howard Jenkins; Austin Porter, Jr.

**Appellees:** Mike Kemp, Linda Remele, Shelby Thomas, Alicia Gillen, Eli Keller, et al.

**Appellee's Attorney(s):** George Jay Bequette, Jr.; William Cody Kees

**Court Reporter(s):** Valarie Flora, Teresa Hollingsworth

**Name of Person who prepared appeal:** Brady Hibbs, Deputy Clerk (501-604-5356)

| Length of Trial (# of days) | Fee Paid? Y/N: | IFP Granted? Y/N | Pending IFP Motion Pending? Y/N |
|---|---|---|---|
| 7 | N | N | N |

| Counsel Retained/Appointed/Pro Se | Pending Motions? Y/N |
|---|---|
| Retained | Y |

**CRIMINAL CASES ONLY:**

**Is defendant incarcerated?**

**Where?**
**Address of Defendant:**

**Please list all other defendants in this case if there were multiple defendants:**

**Special Comments:** Cross Appeal